

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00860-CV

Jamie **RALLS-JOHNSON**,
Appellant

v.

Jonathan Wayne **JOHNSON**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-17270
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  January 8, 2014

DISMISSED FOR WANT OF PROSECUTION

On November 1, 2013, appellant Jamie Ralls-Johnson filed a notice of appeal from the trial court's judgment signed August 2, 2013. The clerk's record was due December 2, 2013, one hundred and twenty (120) days after the judgment was signed. *See* TEX. R. APP. P. 35.1(a). On December 5, 2013, the Bexar County District Clerk filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and was not entitled to appeal without paying the fee. On December 10, 2013, we ordered appellant to provide written proof to this court on or before December 20, 2013, that

either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) she is entitled to appeal without paying the clerk's fee. We cautioned appellant that if she failed to respond within the time provided, her appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee Jonathan Wayne Johnson recover his costs in this appeal from appellant Jamie Ralls-Johnson.

PER CURIAM